IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK A. NISSIM, | No. C 14-1128 CW |
|     Plaintiff, | ORDER DENYING MOTION TO DISMISS AS MOOT (Docket No. 6) |
| v. | |
| WELLS FARGO BANK, N.A, | |
|     Defendant. | |

    On March 24, 2014, Defendant Wells Fargo Bank, N.A., moved to dismiss Plaintiff Jack Nissim's complaint. Three weeks later, on April 14, 2014, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a).

    Because Plaintiff has timely filed an amended complaint, his original complaint is no longer operative. Defendant's motion to dismiss the original complaint (Docket No. 6) is therefore DENIED as moot. By April 28, 2014, Defendant must file its answer to Plaintiff's amended complaint or file a motion to dismiss.

    IT IS SO ORDERED.

Dated: 4/17/2014

                                    CLAUDIA WILKEN
                                    United States District Judge